**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

RECEIVED
07 JUN -5 PM 2:04
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 25, 2007

Office of the Clerk
U.S. District Court
1000 S.W. Third Ave.
Portland OR 97204

Case Name: US-v-Dennis Craig Wy
Case Number: 3:07-70296 MAG
Charges: 18:3583 Supervised release violation

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Elizabeth Laporte. The following action has been taken:

(X) The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
() The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 40 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Lori Murray
Case Systems Administrator

Enclosures
cc: Financial Office

---

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

CR03-229-KI.

**Date:** 5/29/07

**CLERK, U.S. DISTRICT COURT**

**By** [signature] Deputy Clerk